IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MALCOLM CORNELIUS MACK                                                    PLAINTIFF

v.                                          Case No. 4:24-cv-4002

WARDEN JEFFIE WALKER;
CAPTAIN ADAMS;
and LT. GUTHRIE                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 28, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 101. Judge Singleton recommends that the Miller County Defendants'[1] Motion for Summary Judgment (ECF No. 56) be denied in part and denied as moot in part. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation (ECF No. 101) *in toto*. Accordingly, the Motion for Summary Judgment (ECF No. 56) is **DENIED**.

Claim Two for retaliation against Warden Jeffie Walker in her individual capacity will proceed for further litigation. Claim Five for violation of due process against Separate Defendants Lieutenant Guthrie and Captain Adams in their individual capacities will proceed for further litigation. The Miller County Defendants' Motion for Summary Judgment (ECF No. 56) as it relates to the claims that have already been dismissed (ECF No. 107) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 23rd day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1]The Miller County Defendants are Warden Jeffie Walker, Captain Adams, and Lieutenant Guthrie. These are the only remaining Defendants in this case.